**UNITED STATES DISTRICT COURT**
**FOR THE STATE OF COLORADO**

Case No.: 1:19-cv-02815-DDD-STV

SANDRA ROMERO,

    Plaintiff,

v.

Genuine Parts Company
d/b/a/ NAPA AUTO PARTS,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    COME NOW Plaintiff, Sandra Romero, and Defendant, Genuine Parts Company d/b/a NAPA Auto Parts, by and through their respective undersigned counsel of record, and pursuant to Rule 41 of the F.R.C.P., hereby jointly and mutually stipulate to the dismissal of Plaintiff's Complaint in this case in its entirety, including all claims asserted herein against any party and by virtue of any pleading entered or filed in this proceeding, with prejudice. The parties further stipulate to the removal of the case from the Court's docket. All parties to bear their own attorneys' fees and costs.

    Respectfully submitted this _11th___ day of _March_____, 2020.

- 2 -

| | |
|---|---|
| ___s/Ralph E. Lamar_____<br>Ralph E. Lamar<br>CO Attorney I.D. No. 44123<br>8515 Braun Loop<br>Arvada, CO 8005<br>Telephone: (303) 345-3600<br>E-mail: Ralphlamar@ymail.com<br><br>***Attorney for Plaintiff*** | */s/ Lisa M. Szafranic*<br>Patricia E. Simon, Esq.<br>Georgia Bar No. 618233<br>Lisa M. Szafranic, Esq.<br>Georgia Bar No. 532495<br>Martenson, Hasbrouck & Simon LLP<br>3379 Peachtree Road, N.E., Suite 400<br>Atlanta, Georgia 30326<br>Phone: 404.909.8100<br>Fax: 404.909.8120<br>pesimon@martensonlaw.com<br>lmszafranic@martensonlaw.com<br><br>Todd Fredrickson, Esq.<br>LaLonnie Gray, Esq.<br>Fisher & Phillips LLP<br>1801 California Street, Suite 2700<br>Denver, CO 80202<br>Phone:  303.218.3650<br>Fax:  303.218.3651<br>tfredrickson@fisherphillips.com<br>lgray@fisherphillips.com<br><br>***Attorneys for Defendant Genuine Parts Company d/b/a NAPA Auto Parts*** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th__, day of March__, 2020__, I, Ralph E. Lamar, caused to be electronically filed the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

By: _s/Ralph E. Lamar_